JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dat Thanh Ngo,<br><br>        Plaintiff,<br><br>   v.<br><br>GMAC Mortgage, et al.,<br><br>        Defendants. | SACV 11-00360-JVS(MLGx)<br><br>ORDER OF DISMISSAL FOR<br><br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on  August 16, 2011   as to why this action should not be dismissed for lack of prosecution, with a written response due on August 30, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 31, 2011

_____
James V. Selna
United States District Judge